1
2
3
4
5
6
7
8
9
10           UNITED STATES DISTRICT COURT
11      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
12

| | |
|---|---|
| 13  LUAN CU NGUYEN, | Case No. 5:21-cv-06087-NC |
| 14         Plaintiff, | Hon. Nathanael M. Cousins |
| 15         V. | **ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| 16  GEICO GENERAL INSURANCE COMPANY, | |
| 17         Defendant. | *[Joint Stipulation filed concurrently.]* |
| 18 | [Complaint Filed: May 5, 2021] |

19
20
21
22
23
24
25
26
27
28

Defendant GEICO General Insurance Company ("GEICO") and Plaintiff Luan Cu Nguyen ("Plaintiff") filed a Joint Stipulation to Dismiss the Entire Action With Prejudice, pursuant to Federal Rule of Civil Procedure Section 41(a).

After considering the Joint Stipulation and all other matters presented to the Court,

**IT IS HEREBY ORDERED THAT**:

    1.    This action is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated:   November 15, 2021

_____
HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins